**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 8, 2005

# NOTICE OF CORRECTION

**To:**            Counsel of Record

**From:**          Clerk's Office

**Case Style**     Tammie Elliott, et al. vs. PAX Academic Exchange
                   Civil Action No.  1:05cv606

**Referenced Pleading:**   **Motion to Remand**
                           **Document #3**

**This Notice of Correction  filed in the above  referenced case to attach previously omitted Exhibit.**