IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TAMMIE G. ELLIOT and<br>MARK ELLIOTT, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | CIVIL ACTION NO. 1:05CV606-M |
| | )<br>) | |
| PAX ACADEMIC EXCHANGE, | )<br>) | |
| Defendant. | ) | |

**ORDER**

This case was removed from the Coffee County Circuit Court on 24 June 2005 (Doc. # 1), and on 8 July 2004, the plaintiffs filed a Motion to Remand (Doc. # 3). The case is assigned to a Magistrate Judge; thus the judge cannot proceed in the absence of written consent by each party.

Accordingly, it is

ORDERED that, on or before 26 July 2005, the parties shall notify the Clerk of the court (not the Judge) that they wish to consent to a Magistrate Judge or have this case re-assigned to a District Judge. The parties are REMINDED that the consent procedure is confidential.

DONE this 12th day of July, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TAMMIE G. ELLIOT and<br>MARK ELLIOTT, | )<br>)<br>) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05CV606-M |
| | )<br>) | |
| PAX ACADEMIC EXCHANGE, | )<br>) | |
| Defendant. | ) | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_____   _____
DATE                                SIGNATURE

_____
COUNSEL FOR (print name of all parties)

_____
ADDRESS, CITY, STATE, ZIP CODE

_____
TELEPHONE NUMBER

\*\*\* **DO NOT FILE THIS DOCUMENT ELECTRONICALLY** \*\*\*