IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TAMMIE G. ELLIOT and | ) | |
| MARK ELLIOTT, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05CV606-M |
| | ) | |
| | ) | |
| PAX ACADEMIC EXCHANGE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of the plaintiff's Motion to Remand, filed on 24 June 2005 (Doc. # 3), and for good cause, it is

ORDERED that, on or before 26 July 2005, the defendant shall file its response to the motion. The motion shall be deemed submitted on that date.

DONE this 12th day of July, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE