**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                              TELEPHONE (334) 954-3600

July 27, 2005

NOTICE OF REASSIGNMENT

Re:   Tammie Elliott, et al. vs. PAX Academic Exchange
      Civil Action No. 1:05cv-606

The above-styled case has been reassigned to Judge W. Harold Albritton.

Please note that the case number is now 1:05cv-606-A. This new case number should be used on all future correspondence and pleadings in this action.