IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TAMMIE G. ELLIOTT, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 1:05cv606-A |
| | ) |
| PAX ACADEMIC EXCHANGE, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This case having been reassigned to the undersigned judge, it is hereby ORDERED as follows:

1. The order entered by the Magistrate Judge on July 12, 2005 (Doc. #6) is VACATED and SET ASIDE.

2. Plaintiffs are given **until August 5, 2005**, to reply to the Defendant's Response in Opposition to Motion to Remand, if they wish to do so, at which time the motion will be taken under submission for determination without oral argument.

DONE this 28th day of July, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE