IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TAMMIE G. ELLIOTT and MARK ELLIOTT, | ) ) ) (WO) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:05-cv-606-A |
| PAX ACADEMIC EXCHANGE, | ) ) ) |
| Defendant. | ) |

**ORDER**

In accordance with the Memorandum Opinion entered on this day, it is ORDERED as follows:

(1) The Plaintiff's Motion to Remand (Doc. #3) is GRANTED and this cause is hereby REMANDED to the Circuit Court of Coffee County, Alabama.

(2) The clerk is DIRECTED to take all steps necessary to effect this remand.

Done this the 18th day of August, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE